STATE OF FLORIDA, ex rel. WALLACE B. SPENCE, *Plaintiff in Error*, v. W. H. MAPOLES, County Judge, D. E. HILTON, Chairman of Board of County Commissioners, and RALPH BAGGETT, Supervisor of Registration as the County Convassing Board of Oklaloosa County, Florida, *Defendants in Error*.

Division B.

Decision filed September 22, 1928.

*L. G. Trueman* and *Purl G. Adams*, for Plaintiff in Error;

*T. R. James* and *Phillip D. Beall*, for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment, it is, therefore, considered ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.